## (May 17, 1948.)

EUGENE T. SINGER, Respondent-Appellant, v. YOKOHAMA SPECIE BANK, LTD., Defendant, and ELLIOTT V. BELL, Superintendent of Banks of the State of New

York, as Liquidator of the Business and Property in the State of New York of Yokohama Specie Bank, Ltd., Appellant-Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 274 App. Div. 781.]